FILED
2011 Jan-18 AM 11:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| **NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,** | } } } | |
| **Plaintiff,** | } } | |
| v. | } } } | Case No.: 4:09-CV-1439-RDP |
| **JESSICA RODGERS, et al.** | } } | |
| **Defendants.** | } | |

**ORDER**

On December 9, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either party.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that the motion for summary judgment filed by Plaintiff Nationwide Mutual Fire Insurance Company (Doc. #29) is **DENIED**.

**DONE** and **ORDERED** this   18th   day of January, 2011.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE